No. 79–651.   AMES ET UX. *v.* McCARTY ET AL.   Ct. App. N. M.   Certiorari denied.

No. 79–652.   NATIONAL BANCSHARES CORPORATION OF TEXAS ET AL. *v.* BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL.; and
No. 79–653.   REIDY INTERNATIONAL, INC. *v.* BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL.   Sup. Ct. Tex.   Certiorari denied.   Reported below: 584 S. W. 2d 268.

No. 79–655.   J. B. K., INC., ET AL. *v.* CARON ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 79–657.   AD HOC COMMITTEE TO INVESTIGATE THE FEDERAL GRAND JURY *v.* KOCH, ASSISTANT UNITED STATES ATTORNEY.   C. A. 5th Cir.   Certiorari denied.

No. 79–670.   CRANE *v.* ILLINOIS INDUSTRIAL COMMISSION ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 79–671.   TURNER ET AL. *v.* MARION COUNTY, TEXAS. Ct. Civ. App. Tex., 6th Sup. Jud. Dist.   Certiorari denied.

No. 79–680.   OLSEN *v.* GUAM.   C. A. 9th Cir.   Certiorari denied.

No. 79–682.   KONCZAK ET UX. *v.* TYRRELL, SHERIFF, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 79–684.   VISION CENTER *v.* OPTICKS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 79–690.   MAGBY *v.* MORAN, CORRECTIONS DIRECTOR, ET AL.   C. A. 9th Cir.   Certiorari denied.